IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHI ZHANG,

    Plaintiff,

v.

ONESOURCE CLOUD CORPORATION,

    Defendant.

No: 1:23-cv-00481-MSN-LRV

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 28) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is hereby

**ORDERED** that this action, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

The Clerk is directed to close this civil action.

/s/ M
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
October 18, 2023